# PD-0557-15

No.: —————————————————

FILED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

\* IN THE TEXAS COURT OF CRIMINAL APPEALS \*

JASON JACKSON V. STATE OF TEXAS

MOTION TO FILE A SINGLE COPY

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

NOW COMES, Jason Jackson #1940366, Appellant in the above styled cause, and files this Motion To File A Single Copy and shows this Court good cause to GRANT this motion as follows:

1. The Appellant is currently incarcerated in the Coffield Unit of TDCJ-ID and is not able to provide copies because Appellant does not have access to a copy machine; and

2. The Appellant is Pro Se, without an attorney to provide any copies to this Court.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court will GRANT this Motion To File A Single Copy and have the Clerk of the Court to make copies to go to the required parties.

Respectfully submitted,

Jason Jackson, Pro Se

INMATE DECLARATION

I, Jason Jackson #1940366, being incarcerated in the Coffield Unit of TDCJ-ID in Anderson County, Texas, do declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Execued this 01st day of May, 2015.

Jason Jackson #1940366
Appellant - Pro Se
Coffield Unit
2661 FM 2054
Tenn. Col., TX 75884